IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ARTHUR,

    Plaintiff,

v.                                                       CASE NO. 1:12-cv-233-SPM-GRJ

STATE OF FLORIDA, et al.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended motion for leave to proceed as a pauper and an amended complaint on or before February 28, 2013, and warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed. Doc. 7. Plaintiff did not respond, and on March 4, 2013, the Court entered an Order directing Plaintiff to show cause on or before March 18, 2013, as to why this case should not be dismissed for failure to comply with an order of the court and failure to prosecute. Doc. 8. Plaintiff failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 21st day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.