IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


GREGORY ARTHUR,

      Plaintiff,

v.                                                                    CASE NO. 1:12-cv-233-RV-GRJ

STATE OF FLORIDA, et al.,

      Defendants.

_____/


# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 21, 2013 (doc. 9).  The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* review of Plaintiff's objections (doc. 11).

    Having considered the Report and Recommendation and the objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.  This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.  The Clerk must terminate any pending motions and close the file.

    **DONE AND ORDERED** this 15th day of May 2013.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**